AO 245D   (Rev. 12/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

## District of Nevada

| UNITED STATES OF AMERICA | **Judgement in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| ANTHONY DELAROSA | Case No.   3:03-cr-00064-HDM-RAM-1 |
|  | USM No.   37816-048 |
|  | Donald Gish, CJA |
|  | Defendant's Attorney |

**THE DEFENDANT:**

X   admitted guilt to violation of condition(s)   Paras 1-5 of 7/22/08 Addendum   of the term of supervision.

☐   was found in violation of condition(s) count(s)   _____   after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Paragraph 1 | Shall notify USPO of arrest | 3/26/08 |
| Paragraph 2 | Shall not associate with felons | 3/26/08 |
| Paragraph 3 | Shall not possess controlled substances | 3/26/08 |
| Paragraph 4 | Shall not possess firearms or weapons | 3/26/08 |
| Paragraph 5 | Shall not commit another Federal, state or local crime | 3/26/08 |

The defendant is sentenced as provided in pages 2 through   2   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The defendant has not violated condition(s)   _____   and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

December 9, 2008
Date of Imposition of Judgment

_(signature)_
Signature of Judge

HOWARD D. McKIBBEN, Senior U.S. District Judge
Name and Title of Judge

12-11-08
Date

| | |
|---|---|
| DEFENDANT: ANTHONY DELAROSA | Judgment — Page 2 of 2 |
| CASE NUMBER: 3:03-cr-00064-HDM-RAM-1 | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

**Eleven (11) Months to be served consecutively to sentence in Case No. 3:08-cr-00039-HDM-RAM.**

☐ The court makes the following recommendations to the Bureau of Prisons:

X The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____ .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL